**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 23 CR 140-1 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Mona Ghosh, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

      Initial appearance and arraignment hearings held.   Defendant was not in custody.
Defendant informed of her rights and of the charges and the maximum penalties if she were to be
convicted.  Mr. Christopher Grohman is retained counsel for defendant.  Defendant waives
formal reading of indictment. Defendant pleads not guilty.  A plea of not guilty is entered as to
all counts.  Rule 16.1 Conference to be held by 3/28/23.   Status hearing before Judge
Valderrama set for 4/27/23 at 10:00am.  Without objection, the Government's oral motion to
exclude time is granted.  As part of the preparation required for the initial status hearing, counsel
must gain a working familiarity with both the nature and volume of discovery. The time from
3/21/23 through 4/27/23 is excluded under 18 U.S.C. § 3161(h)(7) to serve the ends of justice.
Excluding time will permit the parties to review discovery materials and allow the time that is
reasonably necessary for effective preparation. Such delay outweighs the interests of the public
and the defendant in a speedy trial, particularly at this early stage of the case.  Court enters order
setting conditions of release subject to all conditions set forth on pages 2 and 3, including a
secured bond of $1,000,000.  Defendant shall remain released after processing.

(T:11)

Date: 3/21/23

_____

Honorable Jeffrey Cole
United States Magistrate Judge