IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Mona Ghosh<br>   Defendant. | Case Number: 23 CR 140-1<br>Magistrate Judge Jeffrey Cole |

### ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5(f)

   Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the court, with both the prosecutor and defense counsel present, reminded the government of its obligations to disclose favorable evidence to the accused under *Brady v. Maryland*, 373 U.S. 83 (1963). Favorable evidence under *Brady* need have only some weight and includes both exculpatory and impeaching evidence. Failure to produce such evidence in a timely manner may result in sanctions, including, but not limited to, adverse jury instructions, dismissal of charges, and contempt proceedings.

   Entered on 3/21/23

_____
U.S. MAGISTRATE JUDGE JEFFREY COLE