UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 23 CR 140 |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| MONA GHOSH | ) | |

## O R D E R

THIS MATTER comes before the Court on the joint motion of defendant Mona Ghosh and the United States for a restraining order. This Court finds as follows:

(a)      Defendant Mona Ghosh was charged via indictment on March 9, 2023, with thirteen counts of health care fraud, in violation of Title 18, United States Code, Section 1347. On March 21, 2023, defendant was ordered released on bond.

(b)      As part of the conditions of defendant's release, Mona Ghosh and Rajarshi Ghosh agreed to post as security $996,868 currently held in Wells Fargo investment accounts, Account #: 7974-6756 and Account #: 8532-6405 (the "Investment Accounts"). Mona Ghosh and Rajarshi Ghosh represented to the Court that Mona Ghosh is the sole signatory and owner of any interest in account number 8532-6405, and Mona Ghosh and Rajarshi Ghosh are the sole signatories and owners for any interest in account number 7974-6756.

(c)      The government, Mona Ghosh, and Rajarshi Ghosh agreed that the Court would enter a restraining order against funds in the amount of $996,868 held in the

1

Investment Accounts to preserve the status quo and to ensure that no individual withdraws the funds, transfers the funds to third parties, or otherwise makes the funds unavailable to satisfy any possible bond forfeiture.

(d)     Therefore, in order to preserve the availability of property to satisfy any possible bond forfeiture, the parties requested that this Court enter an order directing that Wells Fargo restrain funds in the amount of $996,868 in the Investment Accounts to protect and preserve the status quo.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.     Wells Fargo shall freeze and or restrain until further order of this Court, or until the Court modifies this Order as necessary in the interest of justice, $996,868 held in the Investment Accounts and prohibit, enjoin and restrain Mona Ghosh, Rajarshi Ghosh, their agents, servants, employees, family members, and any other person acting in active concert or participation with them, including financial institutions and third parties, until further order of the Court, from attempting or completing any action affecting the disposition of, or otherwise remove from the jurisdiction of the Court all or any part of their interest, direct or indirect, in funds in the amount of $996,868 maintained in the Investment Accounts.

2.     Mona Ghosh, Rajarshi Ghosh, their agents, servants, employees, family members, and those persons acting in active concert or participation with them, including financial institutions and third parties, until further order of the Court, are restrained until further order of this Court, or until the Court modifies this Order as necessary in the interest of justice from attempting or completing any action affecting

2

the disposition of, or otherwise remove from the jurisdiction of the Court all or any part of their interest, direct or indirect, in funds in the amount of $996,868 maintained in held in the Investment Accounts.

3.     Wells Fargo is prevented and enjoined from transferring (by wire or otherwise), conveying or disposing of the aforementioned funds contained in the Investment Accounts controlled by Mona Ghosh and Rajarshi Ghosh until further order of this Court. Wells Fargo is required to accept notice of this Order by telefacsimile, with a copy of the Order to follow by United States mail. Upon receipt of this Order, Wells Fargo shall provide the United States with written notice of the balance in the Investment Accounts.

E N T E R:

_____
JEFFREY COLE
United States Magistrate Judge

Dated: 3/21/23

3