# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| United States of America<br><br>vs.<br><br>Mona Ghosh | CASE NO. 1:23-CR-00140<br><br>JUDGE FRANKLIN U. VALDERRAMA<br><br>MAGISTRATE JEFFREY COLE |

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Now comes the defendant, MONA GHOSH, by and through her attorney CHRISTOPHER T. GROHMAN, and respectfully requests that this Court modify the conditions of her pretrial release by permitting her to travel to and move about within the Middle District of Florida. Ms. Ghosh is presently permitted to travel to and move about only within the Southern District of Florida and Northern District of Illinois. Neither the Government nor the U.S. Probation Office opposes this request.

Respectfully submitted,

By: */s/ Christopher T. Grohman*
    Christopher T. Grohman
      IL 6312144
    Kevin T. Carlson
      IL 6339997
    Benesch, Friedlander, Coplan & Aronoff LLP
    71 South Wacker Drive, Suite 1600
    Chicago, Illinois 60606-4637
    Telephone: 312.212.4949
    Facsimile: 312.767.9192